IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02561-CMA-CBS

CINDY QUINTERO,

     Plaintiff,

v.

ER SOLUTIONS, INC., a Washington corporation,

     Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7), filed November 1, 2011, it is

     ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

     DATED:  November __02__, 2011

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge